Benjamin Dodge *vs.* Eben Dodge.

Eben Dodge *vs.* Henry S. Page.

Lincoln.  Opinion April 14, 1894.

*New trial.*

On motion to have a verdict set aside as against evidence and for a new trial on the ground of newly discovered evidence, it appeared that no questions of law were presented; much of the evidence was but remotely relevant; and that portion of it which was more directly relevant was directly contradictory. *Held*, in this case, that its weight depends upon the intelligence, the character, and the credibility of the witnesses; the evidence claimed to be

newly-discovered does not impress the court as of much importance, and it is cumulative in its character and only slightly adds to the numerous contradictions already existing; and a new trial should be denied.

ON MOTION.

The first action was trespass *q. c.* and the second, trespass on the case, with a count in trover for the conversion of a deed.

The actions were tried together and the jury returned a verdict for the plaintiff in the first action and for the defendant in the second action.

*W. H. Hilton,* for Benj. Dodge and Henry S. Page.
*True P. Pierce,* for Eben Dodge.

SITTING : WALTON, EMERY, FOSTER, HASKELL, WHITEHOUSE, JJ.

WALTON, J. These two actions appear to have been tried together, and both are before the law court on motions to have the verdicts set aside as against evidence and for new trials on the ground of newly discovered evidence. No questions of law are presented. Much of the evidence is but remotely relevant; and that portion of it which is more directly relevant is directly contradictory. Its weight depends upon the intelligence, the character, and the credibility of the witnesses. The evidence claimed to be newly-discovered does not impress us as of much importance. It is cumulative in its character and only slightly adds to the numerous contradictions already existing. It is the opinion of the court that the motions must be overruled and the verdicts allowed to stand.

*Motions overruled.*